| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TARUN RAVI | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>12- **12-0689M** |

FILED
U.S. DISTRICT COURT
MAR 22 2012
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Complaint for violations of Title 18, United States Code, Section 115(a)(1)(B), Title 18, United States Code, Section 871; and Title 18, United States Code, Section 879.

| NAME OF MAGISTRATE JUDGE<br>JACQUELINE CHOOLJAIN | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSES<br>August 4, 2011 and<br>December 2, 2011 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED<br>303 North Buena Vista Street, Apt. 208<br>Burbank, California |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

SEE ATTACHMENT A

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Rebecca H. Marriott       /S/ |
|---|---|
| | OFFICIAL TITLE<br>SPECIAL AGENT -- FEDERAL BUREAU OF INVESTIGATION |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE<br>JACQUELINE CHOOLJIAN | DATE<br>March 22, 2012 |
|---|---|

Sartoris:AF       REC: Detention (Warrant)

Attachment A
Statement of Offenses

Influencing, Impeding, or Retaliating Against a Federal Official

[18 U.S.C. § 115(a)(1)(B)]

On or about August 4, 2011, in Los Angeles County, within the Central District of California, defendant TARUN RAVI, did knowingly and willfully threaten to assault, kidnap, or murder, a United States official, a United States judge, or a Federal law enforcement officer, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties.

Making a Threat Against a Former President

[18 U.S.C. § 879]

On or about August 4, 2011, in Los Angeles County, within the Central District of California, defendant TARUN RAVI, did knowingly and willfully make a threat to kill, kidnap, or inflict bodily harm upon a former President of the United States, all in violation of Section 879 of Title 18 of the United States Code.


## Making a Threat Against the President

[18 U.S.C. § 871]

On or about December 2, 2011, in Los Angeles County, within the Central District of California, defendant TARUN RAVI, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, all in violation of Section 871 of Title 18 of the United States Code.

# AFFIDAVIT

I, Rebecca H. Marriott, being duly sworn, hereby depose and say;

## I.   INTRODUCTION

1.  I am employed as a Special Agent ("SA") with the United States Justice Department's Federal Bureau of Investigation ("FBI"), and have been so employed since June 6, 2010.  I am currently assigned to the Los Angeles Field Office serving on a Joint Terrorism Task Force ("JTTF") which entails me to investigate threats pertaining to National Security throughout the entire Los Angeles area of responsibility.  I have assisted in the execution of three federal search and arrest warrants.  I have applied many investigative techniques, to include interviews, surveillance, physical searches, and Federal Grand Jury subpoenas, to investigate individuals committing crimes in violation of National Security measures.  I am a graduate of the FBI Academy at Quantico, VA, where I received extensive training on federal criminal law in several subject matter areas.  Prior to working for the FBI I completed a yearlong internship as a liaison officer for the United States Air Force International Relations Division, at the Royal Air Force Base at Mildenhall, United Kingdom.  Prior to this position I was an elementary school teacher for five years.

## II. PURPOSE OF THE AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against and arrest warrant for TARUN RAVI ("RAVI") for violations of:

a. Title 18, United States, Section 115(a)(1)(B), knowingly and willfully threatening to assault, kidnap, or murder, a United States official, a United States judge, or a Federal law enforcement officer, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties;

b. Title 18, United States Code, Section 871, knowingly and willfully making any threat to take the life or inflict bodily harm against the President, President-elect, or Vice President; and

c. Title 18, United States Code, Section 879, knowingly and willfully threatening to kill or inflict bodily harm upon former President or immediate family member of a former President or member of the immediate family of the President, President-elect, Vice President, or Vice President-elect.

3.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers, documents, and witnesses. This affidavit is intended to show that there is probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

### III. BACKGROUND OF INVESTIGATION

4.  The JTTF (which is a task force comprised of Special Agents from federal and local law enforcement agencies), FBI, the United States Secret Service ("USSS"), and the United States Capital Police ("USCP") are currently investigating RAVI for threats he has made using the internet against numerous public officials, their family members, and others. Beginning in early 2007, the FBI and USSS received numerous complaints from various sources related to emails and internet postings created by RAVI. Since this time, RAVI has been interviewed by the FBI over ten times, interviewed by the USSS three times, the USCP, and the Burbank Police Department.

5.  From 2007 and continuing through at least on or about December 2011, RAVI has used the internet to threaten President Barack Obama, former President George W. Bush, and/or their family members. That these threats were made knowingly and

3

willfully, is further demonstrated by RAVI's use of the internet to also threaten others, including Senators, Members of Congress, and Governors. In his postings and emails, RAVI also has listed specific federal buildings, landmarks, and corporations across the United States stating, "Bomb these American Federal Buildings and American Infrastructure Buildings." In an interview of RAVI on October 24, 2011, which Task Force Officer ("TFO") Derek Leone and I conducted, RAVI explained he had decided to send threatening emails and internet postings to every member of Congress. To date, law enforcement is aware of over 260 threatening emails that RAVI is believed to have sent to House Representatives and over a thousand threatening internet posts that RAVI is believed to have created threatening the President, Governors, Senators, Members of Congress, family members of those individuals, and/or others.

6. Numerous of RAVI's emails and posts offer large sums of money to kill or harm the victims of his threats. For example, as discussed in more detail below, on December 2, 2011, RAVI sent an email to the White House internet homepage[1] stating, "I will KILL president Barack Obama," and "$100,000 BOUNTY on

---

[1] The White House internet homepage is an internet-based page where users can type information about themselves in the information field including but not limited to first name, last name, email address, zip code, subject, and message. The information is then submitted to the White House for review.

4

Barack Obama, Michelle Obama, Sasha Obama and Malia Obama." RAVI's internet postings as of February 2012 have offered $1,000,000 bounties.

7. On October 19, 2011, TFO Leone and I interviewed RAVI at his apartment, 303 North Buena Vista Street, Apt 208, Burbank, California. RAVI stated he is currently on disability and takes the medications paxil and seroquel. RAVI told me that he takes paxil to treat his depression from being "tortured" for the past ten years and he takes seroquel to sleep at night. RAVI stated, "Seroquel is for schizophrenia, but I am not schizophrenic. I just need it to sleep." RAVI showed me his prescription bottles that stated his physician's name.

8. On November 18, 2011, FBI SA Tin Nguyen and I interviewed the physician reflected on RAVI's prescription bottles. The physician told us the following:

a. He began seeing RAVI as a patient approximately a year before the interview. He stated that RAVI demanded to take specific doses of seroquel in order to aid in his sleeping and paxil in order to "perk up." The physician explained the drugs are intended to treat paranoid schizophrenia, but that RAVI would only take these drugs 100 milligrams at a time, which was not enough to treat paranoid schizophrenia.

5

b.  On September 9, 2011, RAVI was admitted into Pacifica Hospital of the Valley by the Burbank Police Department. The physician stated RAVI was held at the hospital for five days. The physician was able to hold RAVI past the standard seventy-two hour hold to help stabilize him. The admission report mental status evaluation conducted on September 10, 2011 which I reviewed, read, "Evaluation revealed the patient to be in poor contact with reality. He was markedly liable and mood was unpredictable."

9.  On December 1, 2011, I telephonically interviewed Officer Stone of the Burbank Police Department, who told me the following:

a.  On September 8, 2011, the Burbank Police Department was contacted by the Arizona Department of Public Safety regarding an email threat received by the Governor of Arizona. Arizona requested a threat assessment completed on the subject who Arizona had identified as RAVI.

b.  Officer Stone contacted RAVI at 303 North Buena Vista Street, Apt 208, Burbank, California, later in the night. RAVI told Officer STONE that he had specifically threatened the President of the United States because this would get the most attention, the Governor of California because RAVI lives in California, and the Governor of Arizona because she was in the

news regarding immigration issues. RAVI was placed on a seventy-two-hour mental health hold.

IV.   STATEMENT OF PROBABLE CAUSE

10. A Google Groups[2] posting, which I have reviewed, dated August 27, 2007, with a heading of "alt.activism," stated "I wanna RAPE n MAIM Barbara and Jenna bush, dubyas daughters." The message stated, "I want to RAPE and MAIM the WHORE DAUGHTERS of FBI, NSA and NIS directors Robert Mueller III, Mathew Hayden, Keith Alexander and Mike McConnell and then carve out their eyes, chop their ears, noses and then stab them a hundred times on their faces and body and maim them and make sure they cry every second for the rest of their lives and make sure no guy will ever think of having sex with these rich whores." The posting further stated, "Once I finish raping them, I want to sell tickets to the public who ever wants to f[_____ expletive] these whores. Once everybody is done I wanna torture them like I said and make these rich whores, 'MY VOICE' to go on TV and explain to the American public how much pain I have been subjected to by their f[_____ expletive]ing dads organizations

---

[2] "Google Groups" is an internet based service provided by Google that allows a user, free of charge, to create a web-based page to discuss topics. A user creates a user ID, which can be an email address, in order to be able write on the discussion boards and/or create a group. On a board one can write a message about a topic, read other messages in the different groups, and write responses to other member's messages or groups.

FBI, NSA, and NIS." At the bottom of the post are listed usernames "AmerGovtCriminalsExposer," "AmerGovtPsychopathsExposer," and "AmerGovtVampiresExposer." As explained below, in an interview I conducted on October 24, 2011, RAVI told me that he created and used these user ID's on Google Groups.

11. A Google Groups search I conducted on August 4, 2011, of user name "FBInCIAnNSATerroristSlayer" returned a post on the forum talk.politics.gun, which I reviewed. The title of the message states, "I will KILL AMERICAN CHRISTIAN TERRORISTS George Bush Jr, Dick Cheney et al." The body of the message stated, "I will KILL George Bush Jr., Dick Cheney and FBI director Robert Mueller III, NSA director Keith Alexander, CIA director David Patraeus, Defense Secretary Leon Panetta and National Intelligence director Dennis Blair." At the bottom of the post are listed usernames "AmerGovtCriminalsExposer," "AmerGovtPsychopathsExposer," "FBInCIAnNSATerroristSlayer," and "HusbandOfAllFBInCIAnNSAAgents." As stated below, RAVI has told me that he created these user names and used them to post messages on Google Groups.

12. On October 19, 2011, I along with TFO Leone interviewed RAVI at his home located at 303 North Buena Vista Street, Apartment 208, Burbank, California. RAVI acknowledged

8

that he has made threatening "posts" on the internet about President Obama, Vice President Biden, several members of the United States Senate and House of Representatives, as well as the FBI, National Security Agency ("NSA"), and Central Intelligence Agency ("CIA") agents. RAVI explained to me during the interview that he has been using the same language in his emails and postings and simply been changing the names periodically to direct the threats to new people. RAVI said that he felt if he continually changed the names and increased the amount of money offered for the killing of each government official, it would bring attention to his plight against the government regarding being chipped. RAVI explained in the interview he was chipped by a member of an "elite" squad from the FBI, CIA, and NSA. RAVI stated that he is extremely frustrated because of the torture he has undergone at the hands of United States government agencies. RAVI stated that he believes when he leaves his apartment, members of the elite squad break into his apartment and move his personal belongings from one place to another. I told him some of the "posts" were actually threats to kill FBI Agents, the President of the United States, and the President's family and solicitations for others to carry out acts of violence. RAVI explained he makes the threatening posts online because of the daily tortures he is subjected to by the "Illuminati Psychopaths" and the "elites"

9

within the FBI, CIA, and NSA. RAVI also provided his cellular telephone number to me as XXX-XXX-1552.

13. In an interview conducted by myself and TFO Leone on October 24, 2011, RAVI was shown printed out internet postings which stated, "$75,000 for assassinating Congressman Joe Walsh," as well as several Members of Congress. RAVI admitted these were his posts. RAVI was also shown a Google Group summary that listed internet posting activity for the user name, "fbinciannsaterroristslayerdeletethis@yahoo.com," which showed 131 posts for September 2011 and 1,181 posts for the month of October 2011. RAVI agreed that this was his account and he had made the posts.

14. During the October 24, 2011, interview, RAVI was also shown a printout of a Google Group posting with a heading "talk.environment" dated October 20, 2011, titled, "$75,000 for ASSASSINATING Illinois Congressman Bobby Schilling." The profile given directly underneath the title was "FBInCIAnNSATerroristSlayer." During the interview, RAVI stated this was his post. He stated, "I remember making this post." RAVI was then asked to look at page three of the document, which listed three user ID's "AmerGovtPsychopathsExposer," "FBInCIAnNSATerroristSlayer," and "HusbandOfAllFBInCIAnNSAAgents." RAVI confirmed he had created

all of these user ID's and had used them to post on Google Groups.

15.  During the October 24, 2011 interview, RAVI also provided me with his internet protocol ("IP")[3] address at that time, 66.215.15.119, and told me his internet service provider was Charter Communications.  After reviewing Charter Communications documents, I affirmed that between September 4, 2011 to November 2, 2011, the IP address 66.215.15.119 was assigned to RAVI, 303 N Buena Vista Street, Apartment 208, Burbank, California.

16.  On October 28, 2011, the USSS provided four internet posts to the FBI from the month of October 2011, that were captured from the White House internet homepage.  I have

---

[3] IP is defined as the primary protocol upon which the Internet is based.  IP allows a packet of information to travel through multiple networks (groups of linked computers) on the way to its ultimate destination.  The term "IP Address" is defined as a unique number assigned to every computer directly connected to the internet (for example 172.191.142.150).  Each computer connected to the internet is assigned a unique IP address while it is connected.  The IP address for a user may be relatively static, meaning it is assigned to the same subscriber for long periods of time, or dynamic, meaning that the IP address is only assigned for duration of that on-line session.  The term "proxy server" is defined as a computer system or application that acts as an intermediary for requests from clients seeking resources from other servers.  A proxy server has a large variety of potential uses, one of which is to keep computers behind it anonymous.  When connecting through a proxy server for World Wide Web content, the ("IP") address captured by the target computer will be that of the web proxy rather than that of the computer behind the proxy.

reviewed these posts and two of these posts indicated the following:

   a. The post dated October 7, 2011, was received at 03:48 on the White House internet page, with an originating host IP address of 66.215.15.119. The post stated that it was from "FBInCIAnNSATerroristSlayer AmerGovtPsychopathsExposer," with an email address of, FBInCIAnNSATerroristSlayer@yahoo.com, phone number XXX-XXX-1552, and address of Burbank, California. Within the message it states, "But here, I POSTED a $100K BOUNTY on Barack Obama, his wife Michelle Obama and his children Malia Obama and Sasha Obama and these IMPOTENT US GOVT FBI, CIA and NSA PSYCHOPATHS don't have the guts to arrest and prosecute me. KILL the MASS MURDERS, TERRORISTS, SADISTS, PERVERTS and PSYCHOPATHS george bush, runsfeld, paul wolfowitz, dick cheney, FBI director Robert Mueller III, NSA director Keith Alexander, CIA director David Patraeus, Defense Secretary Leon Panetta and National Intelligence director Dennis Blair."

   b. The post dated October 12, 2011, was received by the White House internet page at 07:50, with an originating host IP address of 66.215.15.119. The post indicated it was from "Mr. FBInCIAnNSATerroristSlayer AmerGovtPsychopathsExposer," with an email address of FBInCIAnNSATerroristSlayer@yahoo.com, phone number XXX-XXX-1552, and address "Xtian Terrorist Slayer Lane

12

AmeriKKKunt Xtian Terrorist Slayer City CA 91505." The message included the following statement, "$100,000 BOUNTY on Barack Obama, Michelle Obama, Sasha Obama and Malia Obama. But here, I POSTED a $100K BOUNTY on Barack Obama, his wife Michelle Obama and his children Malia Obama and Sasha Obama and these IMPOTENT US GOVT FBI, CIA and NSA PSYCHOPATHS don't have the guts to arrest and prosecute me. KILL the MASS MURDERS, TERRORISTS, SADISTS, PERVERTS and PSYCHOPATHS george bush, runsfeld, paul wolfowitz, dick cheney, FBI director Robert Mueller III, NSA director Keith Alexander, CIA director David Patraeus, Defense Secretary Leon Panetta and National Intelligence director Dennis Blair."

    c.    With respect to the above-discussed posts, I reviewed Charter Communications' documents, which reflected that the IP address 66.215.15.119 was assigned to RAVI, 303 Buena Vista Street, Apartment 208, Burbank, California from September 4, 2011 until November 2, 2011. Based on these results I confirmed the above-referenced posts were sent from an IP address registered to RAVI. As discussed above, RAVI also told me this was his IP address during an interview on October 24, 2011. Additionally, documents I reviewed provided by Yahoo! revealed that the email address FBInCIAnNSATerroristSlayer@yahoo.com was assigned a registration IP address of 66.214.249.40 and was

created on May 17, 2011.  I reviewed Charter Communications documents, which reflected that on May 17, 2011, the IP address 66.214.249.40 was assigned to RAVI, 303 North Buena Vista Street, Apartment 208, Burbank, California.  Additionally, in an October 19, 2011, interview, RAVI provided his cellular telephone number to me as XXX-XXX-1552.

17.  TFO Leone and I interviewed RAVI again on December 8, 2011, and showed him a copy of a post titled, "$100,000 for MERCILESSLY 'BEHEADING' FBI, CIA, MI-6 and NSA AGENTS like F[_____ expletive]ING PIGS."  RAVI stated he created the post and signed the copy of it.

18.  On December 12, 2011, the USSS provided to the FBI a post from the month of December 2011, which was captured from the White House Home internet page.  I have reviewed this post.  The post was dated December 2, 2011, and was received by the White House home internet page at 17:39, with an originating host IP address of 66.151.109.207.  The post stated that it was from "Mr. FBInCIAnNSATerroristSlayer HusbandofALLFBInCIAnNSAAgents," email address of FBInCIAnNSATerroristSlayer@yahoo.com, phone number XXX-XXX-1552, and with an address 303 Buena Vista Street, #208, Burbank, CA, 91505.  Within the message it states, "I will KILL president Barack Obama, $100,000 BOUNTY on Barack Obama, Michelle Obama,

Sasha Obama and Malia Obama." As set forth above, Yahoo! documents I reviewed provided that the email address FBInCIAnNSATerroristSlayer@yahoo.com was assigned a registration IP address of 66.214.249.40 and was created on Tuesday, May 17, 2011. As set forth above, the Charter Communications documents I reviewed provided the IP address 66.214.249.40 was assigned to Tarun RAVI, 303 North Buena Vista Street, Apartment 208, Burbank, California, on May 17, 2011. The 303 North Buena Vista Street, Apartment 208, Burbank, California address included in the message is RAVI's and the phone number included in the message, XXX-XXX-1552, was the same number provided by RAVI to me in an interview on October 19, 2011.

## V. CONCLUSION

19. Based upon the facts set forth above, I believe there is probable cause to believe that RAVI has committed violations of 18 U.S.C. § 871, knowingly and willfully making any threat to take the life or inflict bodily harm against the President, President-elect, or Vice President, and 18 U.S.C. § 879, knowingly and willfully threatening to kill or inflict bodily harm upon former President or immediate family member of a

former President or member of the immediate family of the President, President-elect, Vice President, or Vice President-elect.

/S/
_____
Rebecca H. Marriott
Special Agent
Federal Bureau of Investigation

SUBSCRIBED TO AND SWORN BEFORE ME

THIS 22 DAY OF MARCH 2012

JACQUELINE CHOOLJIAN
_____
JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

16