UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ravi, Tarun DEFENDANT(S). | CASE NUMBER: 12-0689M REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 03/23/2012   6:02 a.m.   ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building)   Yes ☒   No ☐
3. Charges under which defendant has been booked:

Title 18 115(a)(1)(B), 879, 871

4. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen:   ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required:   ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: ███/64
8. The defendant is:   ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☒ No — not that I am aware
    ☐ Yes   Name: _____   and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name:  N. Smith    Time: 8:58   ☒ AM / ☐ PM
14. Remarks (if any): _____

15. Date: 03/23/2012
16. Name: Rebecca H Marriott (Please Print)
17. Agency: FBI
18. Signature: SA Rebecca H Marriott
19. Office Phone Number: 562 409 5115