Name and address:
Hector C. Perez, SB No. 62383
3020 Old Ranch Parkway, Suite 300
Seal Beach, CA 90740
Tel No. 562-799-5524
Tel Fax 562-799-5535

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>Plaintiff(s)<br><br>v.<br><br>Tarun Ravi<br><br>Defendant(s). | CASE NUMBER:<br><br>No. Cr. 12-0689-M<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Tarun Ravi__   ☐ Plaintiff  ☑ Defendant  ☐ Other
*Name of Party*

to substitute __Hector C. Perez__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__3020 Old Ranch Parkway, Suite 300__
*Street Address*

__Seal Beach, CA 90740__                          __hcperez45@yahoo.com__
*City, State, Zip*                                      *E-Mail Address*

__562-799-5524__           __562-799-5535__           __62383__
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record in place and stead of _____
                                              *Present Attorney*

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**


Dated _____           _____
                                       U. S. District Judge/U.S. Magistrate Judge


**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.