Name and address

Roger J. Rosen - 48573
1801 Avenue of the Stars, #900
Los Angeles, CA 90067
(310) 557-1242

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| v. Plaintiff(s) | MJ 12-689 |
| RAVI TARUN Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

__RAVI TARUN__  ☐ Plaintiff  ☒ Defendant  ☐ Other _____
  *Name of Party*

hereby request the Court approve the substitution of __Roger J. Rosen__
                                                              *New Attorney*
as attorney of record in place and stead of __Hector C. Perez__
                                              *Present Attorney*

Dated  5-18-12

_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  5/18/12

_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  05.18.12

_Signature of New Attorney_

48573
_State Bar Number_

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.